UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL DIVISION AT LOUISVILLE
CASE NO. 3:17-CV-00330-RGJ-CHL

RACHEAL ELIZABETH ANN BUTRUM                                        PLAINTIFF

v.                          NOTICE OF ATTORNEY LIEN

THE LOUISVILLE ZOO FOUNDATION, INC.,
LOUISVILLE METROPOLITAN GOVERNMENT                        DEFENDANTS

* * * * *

Comes Timothy Denison, Attorney at Law, 235 South Fifth Street, The Third Floor,

Louisville, Kentucky 40202, and hereby gives notice and asserts his attorney lien pursuant to

KRS 376.460 for attorney fees earned herein in quantum meruit on any and all property owned

by Racheal Elizabeth Anne Butrum.  Any and all sums due and owing Plaintiff from any source

should first be paid to the undersigned and used to extinguish said lien.

Respectfully submitted,

/s/ Timothy Denison
TIMOTHY DENISON
Attorney at Law
228 South Fifth Street
The Third Floor
Louisville, Kentucky 40202-3226
(502 589-6916; (FAX) 568-6919
timothydenison@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by CM/ECF upon all parties
entitled to receive service and by first class mail, postage prepaid, to Ms. Racheal Elizabeth
Anne Butrum, 2620 McCoy Way, Louisville, Kentucky 40205; on this 10th day of December,
2018.

/s/Timothy Denison
TIMOTHY DENISON