**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:17-CV-330-RGJ-CHL**

**RACHEAL ELIZABETH ANNE BUTRUM,**                                                  **Plaintiff,**

**v.**

**LOUISVILLE METROPOLITAN GOVERNMENT,**                                    **Defendant.**

## SETTLEMENT CONFERENCE REPORT & ORDER

On June 3, 2020, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Racheal Butrum; Patricia A. Abell, counsel |
| FOR DEFENDANT: | John Walczak; Geoffrey Stanfield; Patricia C. Le Meur, counsel; Tera M. Rehmel, counsel; Colleen O. Davis, counsel |

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Response (DN 124) is **DENIED** as moot.

IT IS FURTHERED ORDERED that the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record
:8.7

June 4, 2020